Dismissed and Memorandum Opinion filed August 24, 2006








Dismissed
and Memorandum Opinion filed August 24, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00550-CV

____________

 

EMMA GREANEY, Appellant

 

V.

 

SOCCER 4 ALL, INC., Appellee

 



 

On Appeal from the 333rd District Court

Harris County, Texas

Trial Court Cause No. 03-69266

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from an order granting appellee=s motion for summary judgment signed
February 28, 2006.  On August 11, 2006, appellant filed a motion to dismiss the
appeal because the case has been settled. See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed August
24, 2006.

Panel consists of Chief Justice Hedges and Justices Seymore and Guzman.